UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGEL ALVAREZ,

        Plaintiff,

   v.

DOUGLAS COLFER LONG, et al.,

        Defendants.

Case No. 24-cv-07284-NW

**ORDER TERMINATING DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME AS MOOT**

Re: ECF No. 59

The Court is in receipt of Defendants' first motion for an extension of time to file a dispositive motion. *See* ECF No. 59. As Defendants subsequently filed their dispositive motion prior to the deadline, the motion for extension of time is moot. The Clerk shall terminate ECF No. 59.

**IT IS SO ORDERED.**

Dated: June 23, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California